UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-378 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| ELMER MINORIA NANQUILADA, | ) | |
| Defendant. | ) | |

Offense charged: Possession of Methamphetamine with Intent to Distribute; Felon in Possession of a Firearm; Possession of Methamphetamine with Intent to Distribute; Felon in Possession of a Firearm.

Date of Detention Hearing: September 16, 2008

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

///

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 1

15.13
Rev. 1/91

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant was born in the Phillippines. He was not interviewed by Pretrial Services. There is no additional information available regarding his personal history, residence, family ties, ties to this District, income, financial assets or liabilities; physical/mental health or controlled substance use, if any. His criminal history includes numerous failures to appear and bench warrant activity. His criminal history also includes a number of previous drug and firearm convictions.

(2) According to the National Crime Information Center, the defendant is associated with five alias names, two dates of birth, and two Social Security numbers.

(3) Defendant poses a risk of danger due to a history of failing to appear and failing to comply with court orders, association with alias identifiers, and unknown background information. He poses a risk of danger due to criminal history and the nature of the current charges.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 16th day of September, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91